# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MRN PROPERTIES, LLC,<br><br>　　　　　　Defendant. | CASE NO. C17-1055JLR<br><br>SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by October 5, 2017, why this action should not be dismissed for failing to comply with Order requiring Status Report signed

//

//

//

August 15, 2017 and due September 19, 2017.  Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 25th day of September, 2017.

                                    WILLIAM M. MCCOOL
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk