1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM, a Washington resident, | CASE NO. C17-1055JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MRN PROPERTIES, LLC, a Washington corporation, | |
| Defendant. | |

The court having been notified of the settlement of this matter and it appearing

that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED

with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case,

//

//

1    provided such motion is filed within **60** days of the date of this order. Any trial date and

2    pretrial dates previously set are hereby VACATED.

3          Dated this 23 day of October, 2017.

4                                                    _____

                                                     JAMES L. ROBART
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22